**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

SAMUEL CABASSA,

                                          Plaintiff,

      v.                                                          No. 11-CV-1237
                                                                         (MAD/CFH)

CHRISTINA OSHIER, Clerk II,
Individually and official capacity, et al.,

                                          Defendants.

---

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

**ORDER**

By letter motion dated March 11, 2014, defendants requested an extension of the deadline for the filing of dispositive motions. Dkt. No. 70. By letter motion dated March 10, 2014, plaintiff pro se raised certain discovery related issues. Dkt. No. 71. On April 16, 2014, plaintiff pro se filed a letter motion raising certain discovery issues. Dkt. No. 76.

On April 21, 2014, a conference was conducted on-the-record with plaintiff pro se and defendants. As directed during that conference, and for the reasons stated at that time, which are incorporated herein by reference, it is hereby **ORDERED** that:

1) The Mandatory Pretrial Discovery and Scheduling Order filed June 17, 2013 (Dkt. No. 54) is amended to the extent that the deadline for the filing of dispositive motions is extended until June 23, 2014;

2) Plaintiff pro se's letter motions (Dkt. Nos. 71, 76) are **GRANTED** to the extent that defendants will provide plaintiff pro se with copies of any records relating

to plaintiff pro se's emergency referral for a mental health evaluation. Defendants shall further provide plaintiff pro se copies of any classification and movement documents relating to plaintiff pro se during the period from May, 2010 to November, 2010. Defendants shall provide any such records by May 19, 2014;

3) Plaintiff pro se's request for copies of inmate rosters and cell locations is **DENIED**. Discovery in this matter is closed.

**IT IS SO ORDERED**.

Dated: April 23, 2014
        Albany, New York

                                        Christian F. Hummel
                                        U.S. Magistrate Judge