UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**SAMUEL CABASSA**,        84-A-0364
                Plaintiff,

   -vs                                                      Civil Case No. **9:11-CV- 1237 CFH**

**JOHN KILBURN**
                Defendant.
_____

## ORDER

      It appearing that a Writ of Habeas Corpus Ad Testificandum be issued to the Superintendent of Wende Correctional Facility, or his deputies, for **SAMUEL CABASSA (DIN # 84-A-0364)**, the plaintiff in the above-entitled action, who is in their respective custody and charge, to be produced at **9:00 a.m. on Tuesday, May 24th , 2016 @ 9:00 AM** and each day thereafter for the duration of the civil jury trial, at the United States Courthouse at 445 Broadway, Courtroom No. 3, Albany, New York, for the purpose of attending, participating and testifying at a conference relative to the above-entitled case before the Honorable Christian F. Hummel. It appears that the plaintiff is presently incarcerated at Wende Correctional Facility, and it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of the plaintiff at said proceeding. It is expected that this trial will last approximately 4 days. Therefore, it is hereby

      **ORDERED** that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum directing the Superintendent of the above-named facility where said plaintiff is currently housed, or his deputies, to deliver said plaintiff to the Courthouse on the date and time specified above until the completion of this trial; it is further

      **ORDERED** that the plaintiff be provided with Court appropriate clothes (khaki and a button down shirt) for the duration of the trial; it is further

      **ORDERED** that the plaintiff is to be provided with breakfast and lunch on all trial days; it is further

      **ORDERED** that a certified copy of this Order and said Writ be served via email and "certified mail - return receipt requested" upon the Superintendent of the named institution.

DATED: April 27th , 2016

                                                                        Christian F. Hummel
                                                                       U.S. Magistrate Judge