UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SAMUEL CABASSA

    vs.                              Case No.   9:11-CV-1237   CFH

JOHN KILBURN

## ORDER FOR VIDEO DEPOSITION

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:            ANGEL SARDINAS
2. Prisoner ID #:              16-A-1483

3. Detained by:               DOWNSTATE CORR. FACILITY
                                   121 RED SCHOOLHOUSE ROAD
                                   P.O. BOX 445
                                   FISHKILL, NEW YORK 12524

4. Detainee is:          (A)    ( )    Plaintiff in a Civil Action

                        (B)    (X)    A witness not otherwise available by the ordinary process of the Court

**5. Participation of Inmate Angel Sardinas, (DIN# 16-A-1483) for a video-taped Deposition is hereby ORDERED. The Deposition is to take place within Downstate Correctional Facility and by video link, on an expedited schedule in relation to the above named case.**

**SO ORDERED,**

*[signature: Christian F. Hummel]*

                                                  Christian F. Hummel
**Date:**   **April 27, 2016**                    U.S. Magistrate Judge

cc:    Samuel Cabassa, via U.S. Postal Service
       Downstate Correctional Facility, via email and U.S. Postal Service
       Denise P. Buckley, AAG, via CM/ECF