UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SAMUEL CABASSA

    vs.                                        Case No.   9:11-CV-1237   CFH

JOHN KILBURN

## ORDER CANCELLING FOR VIDEO DEPOSITION

This Order cancels/withdraws the 4/27/2016 ORDER directing the arrangement and participation of:

1. Name of detainee:           ANGEL SARDINAS
2. Prisoner ID #:             16-A-1483

3. Detained by:              DOWNSTATE CORR. FACILITY
                                      121 RED SCHOOLHOUSE ROAD
                                      P.O. BOX 445
                                      FISHKILL, NEW YORK 12524

4. Detainee is:        (A)    ( )    Plaintiff in a Civil Action

                        (B)    (X)    A witness not otherwise available by the ordinary process of the Court

5. The Order directing the participation of Inmate Angel Sardinas, (DIN# 16-A-1483) for a video-taped Deposition, in relation to the above named case, is hereby WITHDRAWN.

SO ORDERED,

Date:   May 3rd , 2016

Christian F. Hummel
U.S. Magistrate Judge

cc:   Samuel Cabassa, via U.S. Postal Service
      Downstate Correctional Facility, via email and U.S. Postal Service
      Denise P. Buckley, C. Harris Dague, AAGs, William C. Firth, Esq. via CM/ECF