UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**In the matter of:**
**SAMUEL CABASSA**,       84-A-0364
                    Plaintiff,

         -vs                                   Civil Case No. **9:11-CV- 1237 CFH**

**JOHN KILBURN**
                    Defendant.
_____

## ORDER

It appearing that a Writ of Habeas Corpus Ad Testificandum be issued to the Superintendent of Downstate Correctional Facility, or his deputies, for **ANGEL SARDINAS (DIN # 16-A-1483)**, a witness in the above-entitled action, who is in their respective custody and charge, to be produced **on Tuesday, May 24th, 2016 @ 9:00 AM** and each day thereafter, as a witness in the civil jury trial, at the United States Courthouse at 445 Broadway, Courtroom No. 1, Albany, New York, for the purpose of testifying in a trial before the Honorable Christian F. Hummel. It appears that the witness is presently incarcerated at Downstate Correctional Facility, and it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of the witness at said proceeding. It is expected that his participation will last approximately 1-2 days. Therefore, it is hereby

**ORDERED** that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum directing the Superintendent of the above-named facility where said witness is currently housed, or his deputies, to deliver said witness to the Courthouse on the date and time specified above until the completion of his testimony at this trial; it is further

**ORDERED** that the witness be provided with Court appropriate clothes (khaki and a button down shirt) for the duration of his testimony at the trial; it is further

**ORDERED** that the witness is to be provided with breakfast and lunch on all trial testimony days; it is further

**ORDERED** that a certified copy of this Order and said Writ be served via email and "certified mail - return receipt requested" upon the Superintendent of the named institution.

DATED: May 3rd, 2016

                                        *Christian F. Hummel* (signature)
                                        Christian F. Hummel
                                        U.S. Magistrate Judge